# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEZIAH KORNEGAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:23CV1032 |
| | ) |
| CAPITAL ONE and | ) |
| ANDREW M. YOUNG, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on April 4, 2024, was served on the parties in this action. (ECF Nos. 4, 5.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to U.S.C. § 1915 (e)(2)(B)(ii), for failing to state a claim.

This, the 23rd day of May 2024.

/s/ Loretta C. Biggs
United States District Judge